UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THEDFORD LEON KERSH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSIE GASTELLO, Warden,<br><br>    Defendant. | Case No. 2:21-cv-01921-CAS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint (Dkt. 1) filed by Plaintiff Thedford Leon Kersh ("Plaintiff"), the Motion to Dismiss the Complaint (Dkt. 29, "Motion") filed by Defendant Josie Gatello ("Defendant"), Plaintiff's Opposition to the Motion (Dkt. 32), Defendant's Reply in support of the Motion (Dkt. 36), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 39, "Report"). No party filed timely written objections to the Report. The Report and Recommendation is approved and accepted.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion (Dkt. 29) is GRANTED, in part, with leave to amend as set forth below; and

2. If Plaintiff still desires to pursue this action, he is ORDERED to file a First Amended Complaint within thirty (30) days from the date of this Order attempting to remedy the deficiencies described in the Report, with any responsive pleading by Defendant to such First Amended Complaint due twenty-one (21) days after the filing of such First Amended Complaint. A failure by Plaintiff to timely file a complaint First Amended Complaint may result in dismissal of this action for failure to prosecute and/or failure to comply with a Court order. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: April 6, 2022

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge