JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THEDFORD LEON KERSH, | Case No. 2:21-cv-01921-CAS-JDE |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOSIE GASTELO, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting Report and Recommendation of the U.S. Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  November 4, 2022

_Christina A. Snyder_

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE